

FILED
JUL 21 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL No. **A20CR 177LY** |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Violation: Count I: 18 U.S.C. § 1542 – False Statement in Application for Passport; Count II: 18 U.S.C. § 1028A – Aggravated Identity Theft] |
| RAFAEL SORIANO-SANMARTIN, | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 1542]

On or about July 22, 2019, within the Western District of Texas, the Defendant,

**RAFAEL SORIANO-SANMARTIN,**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name and identifying information was the name and identifying information of VICTIM 1, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT TWO
## [18 U.S.C. § 1028A]

On or about July 22, 2019, within the Western District of Texas, the Defendant,

**RAFAEL SORIANO-SANMARTIN,**

did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit False Statement in Application for Passport under 18 U.S.C. § 1542, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

**ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

JOHN F. BASH
United States Attorney

By: _____
KEITH M. HENNEKE
Assistant U. S. Attorney