RECEIVED
APR 15 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
MAY 03 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

UNITED STATES OF AMERICA § 

VS. §  NO. 1:20-CR-177-LY

Rafael Soriano-Sanmartin

## APPLICATION FOR RETURN OF CASH BAIL

Now comes **JAMES KEANE** and represents to the Court that on **August 25, 2020** he/she deposited funds with the Clerk, U.S. District Court, Western District of Texas in the amount of **$50,000.00** as cash bail for the appearance of the defendant herein, to answer the charge or charges, filed against him/her in this cause; that the terms of said bond have now been satisfied; and that said petitioner is entitled to the return of said cash bail deposited by him/her.

WHEREFORE, petitioner requests the Court to enter an order directing the Clerk of this Court to return said cash bail to him/her.

Respectfully submitted,

_____
Signature

(Address provided under separate cover)

APPROVED:

BY: _____
U.S. Attorney

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100038961
Cashier ID: dlewis
Transaction Date: 08/25/2020
Payer Name: JAMES KEANE
------------------------------------
TREASURY REGISTRY
 For: RAFAEL SORIANO-SANMARTIN
 Case/Party: D-TXW-1-20-CR-000177-001
 Amount:         $50,000.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 0387903467
 Amt Tendered:  $50,000.00
------------------------------------
Total Due:      $50,000.00
Total Tendered: $50,000.00
Change Amt:     $0.00

USA V. SORIANO-SANMARTIN;

1:20-CR-00177-LY

$500,000 SECURED BOND WITH $50,000
DEPOSIT
```